1034

[No. 73455-5-I.   Division One.   August 8, 2016.]

KEYES, LLC, *Respondent*, v. APEX ENTERPRISES 2014, LLC, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 15-2-05832-1, Henry Judson, J. Pro Tem., entered April 8, 2015. *Affirmed* by unpublished opinion per Leach, J., concurred in by Appelwick and Dwyer, JJ.

[No. 73504-7-I.   Division One.   August 8, 2016.]

EVERETT HANGAR, LLC, *Respondent*, v. KILO 6 OWNERS ASSOCIATION ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 14-2-02264-4, Millie M. Judge, J., entered May 19, 2015. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Leach, J., concurred in by Appelwick and Dwyer, JJ.

[No. 73559-4-I.   Division One.   August 8, 2016.]

AVA LEVINE, *Respondent*, v. CREATIVE CHANGE COUNSELING, INC., ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 12-2-20209-5, Theresa B. Doyle, J., entered June 1, 2015. *Affirmed* by unpublished opinion per Trickey, A.C.J., concurred in by Becker and Cox, JJ.

[No. 73807-1-I.   Division One.   August 8, 2016.]

JESSE FULLER, *Appellant*, v. FISHERMEN'S FINEST ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 14-2-05490-4, Timothy A. Bradshaw, J., entered June 4, 2015. *Reversed* and *remanded with instructions* by unpublished opinion per Schindler, J., concurred in by Trickey, A.C.J., and Becker, J.